# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SANDRA LEE FEBUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:12-cv-00727 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ETHICON, INC., et al., ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 31), which was filed on December 3, 2019. Through the Report and Recommendation, the Magistrate Judge recommends that the Motions to Dismiss filed by Defendant Mentor Worldwide LLC (Doc. No. 20) and Defendant Boston Scientific Corporation (Doc. No. 27) be granted in part for Plaintiff's failure to prosecute and that Defendants' remaining arguments in favor of dismissal and Defendant Mentor Worldwide LLC's request to stay all pretrial deadlines be found moot. The Magistrate Judge further recommends that Plaintiff's claims against the remaining defendants be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. On October 2, 2019, the Magistrate Judge ordered Plaintiff to show cause by October 23, 2019, as to why her lawsuit should not be dismissed for failure to prosecute. (Doc. No. 3). Plaintiff has not responded to the show cause order or Defendants' Motions to Dismiss. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' Motions to Dismiss (Doc. Nos. 20, 27) are

**GRANTED** in part, and this action is **DISMISSED** with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE